225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY  10281-1008

*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/15

# Sedgwick LLP

**MEMO ENDORSED**

*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sdma.com*

February 9, 2015

*Via ECF and Regular Mail*
Hon. Deborah A. Batts
United States District Court Judge
United States District Court For The
Southern District Of New York
500 Pearl St.
New York, NY  10007-1312

Re:  *Melissa Scagnelli* v. *UnitedHealthcare Insurance Company of New York*
     Civ. Act. No. 14 Civ. 10133 (DAB)(DCF)
     Our File No.: 03246-00272

Dear Judge Batts:

This office represents Defendant UnitedHealthcare Insurance Company of New York ("United") in the above-referenced matter. We write to request an extension of time for United to file its response to Plaintiff's Complaint, which is currently due to be filed on February 10, 2015.

This office was only recently retained to represent United in this matter and therefore, respectfully requests that its time to respond to the Complaint be extended until March 9, 2015. Plaintiff's counsel consents to this request and this extension does not affect any previously scheduled dates set by the Court. No prior requests for an extension of time to respond to the Complaint have been made by United.

Thank you for your consideration of this matter.

Respectfully submitted,

s/
Michael H. Bernstein
Sedgwick LLP

cc:  Lisa S. Kantor, Esq. (via ECF)
     Scott M. Riemer, Esq. (via ECF)

*[Handwritten: Granted DAB 2/11/15]*

*[Handwritten: The Parties are to refer to the individual rules of practice regarding courtesy copies and time period during which extension requests are to be filed.]*

SO ORDERED
*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

2/11/15