UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MELISSA SCAGNELLI,	Civil Action No.: 14-cv-10133(DAB)

                Plaintiff,

         -against-	**RULE 7.1 DISCLOSURE STATEMENT**

UNITED HEALTHCARE INSURANCE
COMPANY OF NEW YORK,	DOCUMENT ELECTRONICALLY FILED

               Defendant.
-----------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant United Healthcare Insurance Company ("UHIC") certifies that UnitedHealth Group Incorporated is the corporate parent of UHIC, which is publicly held and owns 10% or more of Defendant's stock.

Dated:  March 9, 2015
         New York, New York

                                       Respectfully submitted,

                                       /s/Michael H. Bernstein
                                       MICHAEL H. BERNSTEIN (MB 0579)
                                       SEDGWICK LLP
                                       225 Liberty Street, 28th Floor
                                       New York, New York 10281-1008
                                       Telephone:  (212) 422-0202
                                       Facsimile:  (212) 422-0925
                                       Sedgwick File No. 03246-000272
                                       *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I, Michael H. Bernstein, pursuant to 28 U.S.C. § 1746, hereby certify under penalty of perjury that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT** was served via ECF on this 9th day of March, 2015, upon the following:

Scott M. Riemer
RIEMER & ASSOCIATES LLC
Attorneys for Plaintiff
60 E. 42nd Street, Suite 1750
New York, New York 10165
sriemer@riemerlawfirm.com

Lisa S. Kantor, Esq.
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324

                                          /s/Michael H. Bernstein
                                        Michael H. Bernstein (MB 0579)