AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| MELISSA SCAGNELLI | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 14-cv-10133(DAB) |
| UNITED HEALTHCARE INSURANCE COMPANY OF NEW YORK | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

UNITED HEALTHCARE INSURANCE COMPANY OF NEW YORK.

Date: 03/09/2015

s/
*Attorney's signature*

JOHN T. SEYBERT (JS5014)
*Printed name and bar number*

Sedgwick LLP
225 Liberty Street, 28th Floor
New York, NY 10281

*Address*

john.seybert@sedgwicklaw.com
*E-mail address*

(212) 422-0202
*Telephone number*

(212) 422-0925
*FAX number*

## CERTIFICATE OF SERVICE

I, John T. Seybert, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via ECF on this 9th day of March 2015, upon the following:

Scott M. Riemer
RIEMER & ASSOCIATES LLC
Attorneys for Plaintiff
60 E. 42nd Street, Suite 1750
New York, New York 10165
sriemer@riemerlawfirm.com

Lisa S. Kantor, Esq.
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324

s/
John T. Seybert

Dated:   New York, New York
         March 9, 2015

1