USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/10/15
COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MELISSA SCAGNELLI            )
                             )
            Plaintiff,       )     14-CV-10133 (DAB)
                             )
  -against-                 )     ORDER FOR ADMISSION
                             )     <u>PRO HAC VICE ON WRITTEN MOTION</u>
UNITEDHEALTHCARE INSURANCE   )
COMPANY OF NEW YORK,         )
                             )     ECF Case
                             )
            Defendants.      )
------------------------------------------------------X

      The motion of Lisa S. Kantor for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that she is a member in good standing of the California State Bar; and that her contact information is as follows:

    Lisa S. Kantor, Esq. State Bar No. 110678
    **KANTOR & KANTOR, LLP**
    19839 Nordhoff Street
    Northridge, CA 91324
    Telephone: (818) 886-2525
    lkantor@kantorlaw.net

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Melissa Scagnelli in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject of the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  February __, 2015
       New York, New York

                                              *Deborah A. Batts*
                                United States District/~~Magistrate~~ Judge
                                              3/10/15