AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| MELISSA SCAGNELLI | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 14-CV-10133 (DAB) |
| UNITEDHEALTHCARE INS. CO. OF NEW YORK | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                                                         .

Date:   04/17/2015                                                         /s/ Sharon H. Lee
                                                                                  *Attorney's signature*

                                                                                  Sharon H. Lee (SL2407)
                                                                                  *Printed name and bar number*

                                                                                  RIEMER & ASSOCIATES LLC
                                                                                  60 E. 42nd Street, Suite 1750
                                                                                  New York, NY 10165
                                                                                  *Address*

                                                                                  slee@riemerlawfirm.com
                                                                                  *E-mail address*

                                                                                  (212) 297-0700
                                                                                  *Telephone number*

                                                                                  (212) 297-0730
                                                                                  *FAX number*