

**RIEMER**
**& ASSOCIATES** LLC
ATTORNEYS AT LAW

60 east 42nd street | suite 1750
new york, new york 10165
T 212.297.0700 | F 212.297.0730

April 17, 2015

**VIA ECF**
Hon. Deborah A. Batts
United States District Court
500 Pearl Street
New York, NY 10007-1312

      Re:    Scagnelli v. UnitedHealthcare Insurance Company of New York–
               Letter Motion Requesting Adjournment of 5/21/15 Conference
               <u>14 CV 10133 (DAB)</u>

Dear Judge Batts:

      We serve as local counsel to plaintiff in the above-referenced action. I write with the consent of counsels for defendant United Healthcare Insurance Company of New York to seek: (1) an adjournment of the Initial Pretrial Conference presently scheduled for May 21, 2015 at 10:00 A.M. EST; and (2) the Court's permission for my co-counsel in the State of California, Peter S. Sessions, to appear telephonically at the 5/21/15 conference.

      The parties conferred and propose to adjourn the 5/21/15 conference presently scheduled for 10:00 A.M. EST to the afternoon on the same day because Mr. Sessions is located in California. This is plaintiff's first request for an adjournment of the 5/21/15 conference.

                                           Respectfully yours,

                                           Scott M. Riemer

cc:    Michael H. Bernstein, Esq. (via email)
        John T. Seybert, Esq. (via email)
        Peter S. Sessions, Esq. (via email)