UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
Plaintiff,   MELISSA SCAGNELLI                  :
:
-v-                                              :
:
Defendant.   UNITED HEALTHCARE INS. CO. OF NY   :
:
:
------------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

14-10133  (DAB) (FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE: 10/28/15

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☒ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
_____

All such motions:_____

*Do not check if already referred for general pretrial.

Dated  10/28/15

SO ORDERED:

*Deborah A. Batts*
United States District Judge