Scott M. Riemer (SR5005)
**RIEMER & ASSOCIATES LLC**
60 East 42nd Street, Suite 1750
New York, NY 10165
Telephone: (212) 297-0700
Facsimile: (212) 297-0730
sriemer@riemerlawfirm.com

Lisa S. Kantor, Esq. Cal. State Bar No. 110678
lkantor@kantorlaw.net
**KANTOR & KANTOR, LLP**
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
Melissa Scagnelli

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MELISSA SCAGNELLI,                                    14-CV-10133 (DAB)(DCF)

                       Plaintiff,           **STATUS REPORT**

      -against-                                               ECF CASE

UNITEDHEALTHCARE INSURANCE
COMPANY OF NEW YORK,

                       Defendant.
-----------------------------------------------------------------X

-2-

Pursuant to the Court's January 12, 2016 order, Plaintiff hereby submits a status report regarding settlement discussions to the Court.

Plaintiff has submitted a demand to Defendant, and counsel for the parties are actively discussing a potential resolution of this matter. Plaintiff respectfully requests that the Court set another deadline for a status report in 14 days, for February 19, 2016.

Counsel for Plaintiff has conferred with counsel for Defendant, who agrees with this report and proposal.

DATED:    Northridge, California
          February 5, 2016

                KANTOR & KANTOR, LLP
                Attorneys for Plaintiff
                19839 Nordhoff Street
                Northridge, CA 91303
                (818) 886-2525

                RIEMER & ASSOCIATES LLC
                Attorneys for Plaintiff
                60 E. 42nd Street, Suite 1750
                New York, NY 10165
                (212) 297-0700

                By:  /s/ Lisa S. Kantor
                     Lisa S. Kantor
                     Attorneys for Plaintiff
                     Melissa Scagnelli

## **CERTIFICATE OF SERVICE**

    I, Lisa S. Kantor, pursuant to 28 U.S.C. § 1746, hereby certify under penalty of perjury that a true and correct copy of the attached STATUS REPORT was served via ECF on this 5th day of February, 2016, upon the following:

>MICHAEL H. BERNSTEIN (MB 0579)
>SEDGWICK LLP
>225 Liberty Street, 28th Floor
>New York, New York 10281-1008
>Telephone: (212) 422-0202
>Facsimile: (212) 422-0925

>/s/ Lisa S. Kantor
>Lisa S. Kantor